UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JALEN WILSON | Case No. 3:25-CR-88-CCB-SJF |

## **ORDER**

The Court has reviewed the findings and recommendation of Magistrate Judge Scott J. Frankel filed December 2, 2025. (ECF 27). Defendant Jalen Wilson pleaded guilty to Counts 1 and 3 in the Indictment charging him with distribution of 40 grams or more of a mixture and substance containing a detectable amount of fentanyl in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi) (Count 1); and unlawful possession of a firearm by a felon in violation of 18 U.S.C. § 922(g)(1) (Count 3). No party objected, and the time to object has passed. The Court now adopts the findings and recommendation in their entirety. The plea of guilty to Counts 1 and 3 in the Indictment is hereby accepted, and the defendant is adjudged guilty of Counts 1 and 3.

Any objections a party submits to the probation officer in response to the draft Presentence Report must specifically identify the basis of the objection and any supporting authority. Should the Addendum to the final Presentence Report reflect any outstanding objections by a party, that party must specifically state in its sentencing memorandum whether it maintains that objection. If so, the party must identify the basis and authority for its objection and, where applicable, any evidence the party

expects to offer in support of that objection. The party should also state if, consistent with Rule 32(i)(3)(B), it does not believe a ruling on that objection will be necessary.

SO ORDERED on December 18, 2025.

                                                /s/ *Cristal C. Brisco*
                                                CRISTAL C. BRISCO, JUDGE
                                                UNITED STATES DISTRICT COURT